## N. Y. SUPERIOR COURT.

HENRY BRASH agt. JACOB WIELARSKY.

THE county clerk of New York county will please search for affidavits on attachment in this action, filed in his office since November 18th, 1868, to date.

December 4, 1868.

REID & SOLOMON,
*Attorneys.*

None found.

December 4, 1868, 9 A. M.

CHAS. E. LOEW, *Clerk.*

CHARLES H. SMITH, JR., *for motion.*
S. HIRSCH, *for plaintiff, opposed.*

JONES, J. The non-filing of the affidavit does not affect the validity of the warrant or of the proceedings thereunder. Motion denied with $10 costs, without prejudice, to renew on affidavits upon payment of said $10 costs.